Alvarez et al., Petitioners, *v.* District Court of Guayama, Respondent.

No. 331.—Decided January 24, 1922.

The petitioner for a writ of certiorari raised several questions of procedure in opposition to the judgment rendered in unlawful detainer on appeal, but the attack is directed only to the reasoning of the court. *Held:* That the petitioner not having shown a departure from the rules of proce-

dure in the pleadings, trial or judgment, the writ should be discharged.—Mr. Justice Wolf delivered the opinion of the court.